IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 05-00206-WS** |
| ) | |
| **WILLIE EARL CARTER, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the Court on the defendant's appeal of the Magistrate Judge's order denying his motion to compel disclosure of the identity of certain informants. (Doc. 373).[1] The Magistrate Judge's order may be set aside or modified only to the extent it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.3(e). The Magistrate Judge's order, (Doc. 294), plainly is neither. The defendant's appeal fails to identify any reversible deficiency in that document, and it would serve no good purpose to re-examine herein the defendant's arguments on appeal, which were correctly rejected — both expressly and by necessary implication — in the Magistrate Judge's well-reasoned order. Accordingly, the Magistrate Judge's order is **affirmed**.

DONE and ORDERED this 3rd day of February, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The Court assumes without deciding that the appeal was timely filed.